703 A.2d 464

In re Jeffrey BLOCKER.

Appeal of COMMONWEALTH of Pennsylvania.

Supreme Court of Pennsylvania.

Argued Dec. 10, 1997.

Decided Jan. 7, 1998.

Catherine Marshall, Hugh J. Burns, Jr., Philadelphia, for the Commonwealth.

Jeffrey S. Jacobson, John S. Kiernan, New York City, for amicus Pa. State University, Temple University, University of Pa., and University of Pittsburgh.

Gerald McGrath, Philadelphia, for Jeffrey Blocker.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.